No. 74–1560. UNITED STATES *v.* MARTINEZ-FUERTE ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 822.] Motion for appointment of counsel granted, and Charles M. Sevilla, Esquire, of San Diego, Cal., is appointed to serve as counsel for respondents in this case.

No. 74–5566. BARRETT *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, 420 U. S. 923.] Motion of the Solicitor General to permit Robert B. Reich, Esquire, to present oral argument *pro hac vice* granted.

No. 75–246. UNITED STATES *v.* HOPKINS. Ct. Cl. [Certiorari granted, *ante,* p. 821.] Motion to dispense with printing appendix granted.

No. 75–5014. DOYLE *v.* OHIO; and

No. 75–5015. WOOD *v.* OHIO. Ct. App. Ohio, Tuscarawas County. [Certiorari granted, *ante,* p. 823.] Motion to permit Ronald L. Collins, Esquire, to present oral argument *pro hac vice* on behalf of respondent in both cases granted. Applications for stay of execution and enforcement of judgments and/or bail (Nos. A–94 and A–96), presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. 75–5318. PAYTON *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL.;

No. 75–5441. BRUCE *v.* ESTELLE, CORRECTIONS DIRECTOR;

No. 75–5446. SZIJARTO *v.* CALIFORNIA; and

No. 75–5459. JOHNSON *v.* GRIGGS, INSTITUTION SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 75–5170. LOWE ET AL. *v.* HAYNSWORTH, CHIEF JUDGE, U. S. COURT OF APPEALS; and

No. 75–5279. DELEO *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.